CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
SEP 21 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

UNITED STATES OF AMERICA :

vs. : Case No. 2:10CR8

MARK SPEARS :

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about August 14, 2009, at or near Jonesville, Lee County, Virginia and within the Western District of Virginia, MARK SPEARS, an inmate of a federal prison, that is, the United States Penitentiary Lee, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a United States Bureau of Prisons employee while he was engaged in the performance of official duties, and in doing so made physical contact with and inflicted bodily injury to the employee.

2. In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL, this 21st day of September 2010.

Brenda L. Vernon
Grand Jury Foreperson

Timothy J. Heaphy
United States Attorney

*U.S. v. Mark Spears*    Page 1 of 1